UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUFAMERICA, INC.,

              Plaintiff,

v.

VAPAC MUSIC PUBLISHING INC.,

              Defendant.

**ECF CASE**

**ORDER**

11 Civ. 6534 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Case Management Plan in this matter is hereby amended as follows: all fact discovery shall be completed by May 21, 2012; all expert discovery shall be completed by June 18, 2012.

       The Court will hold a conference in this matter on May 15, 2012 at 10:00 a.m. in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 9, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/12