UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUFAMERICA, INC.,

                Plaintiff,

v.

VAPAC MUSIC PUBLISHING INC.,

                Defendant.

ECF CASE

<u>ORDER</u>

11 Civ. 6534 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Case Management Plan in this matter is hereby amended as follows: all fact discovery shall be completed by May 31, 2012. Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with the Court's Individual Practices Rule 3(A) by **June 15, 2012.**

        In light of the parties' proposed summary judgment motions, expert discovery in this matter will be stayed until the Court makes a determination on liability.

Dated: New York, New York
       May 15, 2012

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/12